# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Kevin Bryant & Shanicqua Bryant

*plaintiffs*

v.

No: 21-3475

Jansell Arias & Alliance Property Solutions

*defendants*

## Certificate of Service

Together Kevin and Shanicqua Bryant hereby certify that on September 13, 2021 a copy of the Plaintiff Motion for Default Judgment was mailed to defendants Jansell Arias and Alliance Property Solutions via USPS certified mail. Proof of mailing attached.

/s/ Kevin Bryant
/s/ Shanicqua Bryant
2704 Walnut Ridge Estates
Pottstown PA 19464
Nicqua8212@gmail.com
484-366-6787

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee: $3.75

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage: $ —

Total Postage and Fees: $3.75

Sent To: Jays Alliance
Street and Apt. No., or PO Box No.: 259 Fleurs unit 1072
City, State, ZIP+4®: Royersford PA

7020 3160 0000 4154 4358

Postmark: SEP 12 2021  LANDIS CPU POTTSTOWN, PA 19464

PS Form 3800, April 2015 PSN 7530-02-000-1047   See Reverse for Instructions