IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN & SHANIQUA BRYANT, | : | |
|     Plaintiffs, | : | |
| | : | No. 21-cv-3475-JMY |
| v. | : | |
| | : | |
| ALLIANCE PROPERTY SOLUTIONS | : | |
| & JANSELL ARIAS, | : | |
|     Defendants. | : | |

**ORDER**

AND NOW, this 29th day of April, 2022, upon consideration of Defendants' Motion to Set Aside the Default (ECF No. 8), all papers filed in support thereof and in opposition thereto, and for the reasons set forth in the accompanying Memorandum filed by the Court, it is hereby ORDERED that said motion shall be GRANTED, the Default Entered on September 2, 2021 is hereby VACATED, and Plaintiffs' Motion for Default Judgment and Oral Argument (ECF Nos. 5 & 11) shall be DENIED.

It is further ORDERED that the Complaint (ECF No. 1) shall be *sua sponte* DISMISSED without prejudice for failure to establish federal subject matter jurisdiction, and leave to file an amended complaint will be granted. Plaintiffs may file an amended complaint within twenty (20) days of the date that this Order is entered on the docket.

The Court will decline to exercise federal subject matter jurisdiction over Plaintiffs' state law claims unless Plaintiffs file an amended complaint that adequately sets forth grounds for federal subject matter jurisdiction.

                                                BY THE COURT:

                                                /s/ John Milton Younge
                                               Judge John Milton Younge